| | | |
|---|---|---|
| *Original Invoice* | |  |

**MILLER & MILLER**
**633 W. Wisconsin Avenue Suite 500**
**Milwaukee, WI 53203**
**Phone: 414-277-7742**

Lisa Altman

Date: 1/15/2018

Invoice No: 16111

Regarding: Case No: 2017-24291-GMH

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/15/2016 | GPK | Attorney Greg Kruse - initial consultation with client - no charge | 0.00 | $285.00 | $0.00 |
| 9/27/2016 | GPK | Attorney Greg Kruse - Return call to Kohn regarding car accident suit | 0.10 | $285.00 | $28.50 |
| 10/06/2016 | GPK | Attorney Greg Kruse - Call from client - discussed a Chapter 7 | 0.10 | $285.00 | $28.50 |
| 10/10/2016 | GPK | Attorney Greg Kruse - Call from client - has decided and will do a Ch 13. Gave list of docs and timeframe. | 0.10 | $285.00 | $28.50 |
| 4/13/2017 | GPK | Attorney Greg Kruse - Return call to client - Need to file ASAP- car repo-ed. Gave list of docs to at least file an ER. | 0.10 | $285.00 | $28.50 |
| 4/20/2017 | WSY | Office Manager Wendy Yanow - Call to client - need workbook and 16 taxes and income?  l/m | 0.10 | $150.00 | $15.00 |
| 5/01/2017 | AG | Attorney Alyssa Gemein - Call Prestige to find out sale date of vehicle. Manager not in but verified car will be sold this month. | 0.10 | $285.00 | $28.50 |
| 5/01/2017 | WSY | Office Manager Wendy Yanow - Meet with client in person, intake all documents to prepare filing. Still need 2016 taxes and info on sold property. | 0.30 | $150.00 | $45.00 |
| 5/01/2017 | WSY | Office Manager Wendy Yanow - Drafted Chapter 13 petition and all schedules. To Atty Kruse to review. | 2.00 | $150.00 | $300.00 |
| 5/03/2017 | GPK | Attorney Greg Kruse - Efiled ER petition. Motioned for filing fee in installments and advised client of deadline to complete filing. | 0.30 | $285.00 | $85.50 |
| 5/03/2017 | WSY | Office Manager Wendy Yanow - Call to client - we arranged for her to get repo- | 0.10 | $150.00 | $15.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ed car back. Instructions and phone numbers. | | | |
| 5/15/2017 | GPK | Attorney Greg Kruse - Finalization meeting with client. Review all schedules, write plan, client questions and efiled the balance of schedules. | 1.00 | $285.00 | $285.00 |
| 5/26/2017 | AMS | Attorney Angela Soltis - Call from IRS - need 2016 taxes | 0.10 | $285.00 | $28.50 |
| 5/30/2017 | GPK | Attorney Greg Kruse - Email to client - case, hearing, payment, financial management information | 0.10 | $285.00 | $28.50 |
| 6/17/2017 | PRB | Attorney Paula Brunner - Plan review. docket review. claims register review. tt site check for payments and calculate feasibility per claims filed. File to Atty for 341 appearance | 0.30 | $285.00 | $85.50 |
| 6/20/2017 | NAB | Attorney Nathan Brown - Attend 341 Meeting of Creditors with client | 1.00 | $285.00 | $285.00 |
| 6/26/2017 | JRV | Law Clerk Jon VanGeffen - Email to client - Power of Attorney to correct the name on car title through Prestige | 0.10 | $100.00 | $10.00 |
| 6/28/2017 | NRT | Legal Assistant Nicole Thompson - Faxed 2016 to IRS for claim update as requested | 0.10 | $150.00 | $15.00 |
| 7/31/2017 | JRV | Law Clerk Jon Van Geffen - Email to client - please send us copy of driver's license | 0.10 | $100.00 | $10.00 |
| 8/18/2017 | NRT | Legal Assistant Nicole Thompson - Claims register check - make sure all secured and priority claims are filed- only 30 more days until bar date. Missing Bank Mutual claim. Email to Bank Mutual, reminders calendared. | 0.10 | $150.00 | $15.00 |
| 8/23/2017 | GPK | Attorney Greg Kruse - Email to client - Amended plan, new payment explaination and request for approval | 0.10 | $285.00 | $28.50 |
| 8/25/2017 | GPK | Attorney Greg Kruse- Call to client - Need 60 days paystubs for amended budget | 0.10 | $285.00 | $28.50 |
| 9/01/2017 | GPK | Attorney Greg Kruse - Drafted and filed amended schedules A, B,C, I and J and amended plan | 0.80 | $285.00 | $228.00 |
| 9/01/2017 | GPK | Attorney Greg Kruse - In person meeting with client- go over amendments | 0.30 | $285.00 | $85.50 |
| 9/15/2017 | NRT | Legal Assistant Nicole Thompson- Call to Bank Mutual check status of them filing proof of claim - bar date passing soon. | 0.10 | $150.00 | $15.00 |
| 9/20/2017 | SM | Paralegal Stacey Martinez - Review claims register as bar date passed and recalculate feasibility based on claims | 0.30 | $150.00 | $45.00 |

filed.

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/2017 | AHP | Legal Assisitant Adam Port - Review and Email to client Objection to Confirmation. Assigned to Atty Kruse. | 0.10 | $150.00 | $15.00 |
| 10/19/2017 | GPK | Attorney Greg Kruse - Email to client - Trustee request for substantiation of dental and transportations costs | 0.10 | $285.00 | $28.50 |
| 10/20/2017 | SM | Paralegal Stacey Martinez  - Returned Client Phone Call about OCOP. Gave her list of docs still needed and explained process. | 0.10 | $150.00 | $15.00 |
| 10/26/2017 | GPK | Attorney Greg Kruse - Another email to client. Need proof of dental work and transportation costs. | 0.10 | $285.00 | $28.50 |
| 10/26/2017 | GPK | Attorney Greg Kruse - Email to Trustee's office concerning Objection to Confirmation hearing | 0.10 | $285.00 | $28.50 |
| 10/30/2017 | AMS | Attorney Angela Soltis - Call to court to adjourn OCOP hearing - adj to November 28 @ 1pm | 0.10 | $285.00 | $28.50 |
| 10/31/2017 | GPK | Attorney Greg Kruse - Email to Trustee's office - recent bills and amended budget | 0.10 | $285.00 | $28.50 |
| 11/10/2017 | GPK | Attorney Greg Kruse - 4 Emails with client  specifics on auto costs and tires, need for 2 vehicles and food costs and receipts. Also need bank statements proving expesnes to Trustee. | 0.40 | $285.00 | $114.00 |
| 11/13/2017 | GPK | Attorney Greg Kruse - 2 Emails to Trustee - explanation of need for 2 vehicles and food costs. | 0.20 | $285.00 | $57.00 |
| 11/22/2017 | GPK | Attorney Greg Kruse - Email to client - Trustee continues to challenge recent expenses, discuss hearing and possibility of evidentiary hearing and plan implications. | 0.10 | $285.00 | $28.50 |
| 11/28/2017 | AMS | Attorney Angela Soltis - Appeared telephonically at Objection to Confirmation of Plan hearing | 0.30 | $285.00 | $85.50 |
| 12/05/2017 | GPK | Attorney Greg Kruse - Call to client - no answer, left voicemail | 0.00 | $285.00 | $0.00 |
| 12/05/2017 | GPK | Attorney Greg Kruse - Email to client notice and explanation of evidentiary hearing on 1/23 | 0.10 | $285.00 | $28.50 |
| 12/18/2017 | GPK | Attorney Greg Kruse - 2 Emails to client - roof loan | 0.20 | $285.00 | $57.00 |
| 12/19/2017 | GPK | Attorney Greg Kruse - Another call to client - no answer, left voicemail | 0.00 | $285.00 | $0.00 |
| 12/20/2017 | GPK | Attorney Greg Kruse - Conference with client on case - documents/testimony needed | 0.30 | $285.00 | $85.50 |
| 12/28/2017 | GPK | Attorney Greg Kruse - Email to client - | 0.10 | $285.00 | $28.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | on how she would like to proceed with case | | | |
| 1/09/2018 | GPK | Attorney Greg Kruse - 3 Emails to client - dismissal of case | 0.30 | $285.00 | $85.50 |
| | | | | Total Fees | $2,538.50 |

Total New Charges                                                                                  $2,538.50

Less payments and credits                                                                        $1,020.00

BALANCE DUE                                                                                            $1,518.50