# Experience Breakdowns for Fee Apps

## Attorney Brett Boyer

Attorney Boyer was employed at Miller & Miller from August 11, 2014 through June 8, 2017. He was first hired as a law clerk, but upon completing his law degree at Marquette University he served as one of the firm's associate attorneys until his departure. Brett worked on Chapter 7, Chapter 13, Chapter 128, foreclosure defense and debt negotiation files. Throughout his time at the firm Brett participated in the firm's monthly staff training sessions and regularly attended bankruptcy focused CLE events.

## Attorney Nathan Brown

Attorney Nathan Brown is an Associate Attorney at Miller and Miller handling both Chapter 7 and Chapter 13 bankruptcies. He graduated from Marquette University Law School in May of 2016. Since being admitted to the bar, Attorney Brown has worked exclusively in creditor/debtor law. Attorney Brown practices in the Eastern District of Wisconsin.

## Attorney Paula Brunner

Attorney Paula R. Brunner is an associate attorney working with the Chapter 13 department. She graduated from Marquette University Law School in December 2005. She was a deputy clerk with the United States Bankruptcy Court, Eastern District of Wisconsin from September 2000 through September 2006 when she left to practice law. Ms. Brunner holds her law license in the states of Wisconsin (currently inactive) and Colorado and has practiced bankruptcy in both states. She has exclusively practiced creditor/debtor law since September 2006. She has worked with Miller and Miller from December 2010 through May 2015 and rejoined the firm in June 2016. During that time, she managed the Chapter 13 Department from 2012 through 2015 and has filed and managed many Chapter 7 and Chapter 13 cases. She has taken extensive CLEs in bankruptcy and served as an instructor at a debtor's side bankruptcy CLE in Denver, Colorado in November 2015.

## Attorney Jason Crye

Attorney Jason Crye was employed at Miller and Miller from October, 2010 through September, 2014 as one of the firms associate attorneys handling all facets of Chapter 7 and Chapter 13 case filings. Jason earned his law degree in 2008 from the Roger Williams University School of Law, where he was a three-year recipient of the law school Dean's Scholarship, and he earned a bachelor's degree in history from Christendom College in 2004. He is admitted to practice law in Wisconsin and before the U.S. District Court, Eastern District of Wisconsin.

## Attorney Shannon Cummings

Attorney Shannon Cummings was employed at Miller and Miller from August 22, 2016 to December 15, 2016. She is a graduate of the Hamline University School of Law in St. Paul, Minnesota. She has over 16 years of practicing law, including an extensive background in Bankruptcy and Consumer Law. During her brief tenure at Miller & Miller she served as the Managing Attorney for the Chapter 13 Department.

## Attorney Mark Gauthier

Attorney Mark Gauthier is an Attorney at Miller and Miller handling both Chapter 7 and Chapter 13 bankruptcies along with other consumer law cases. He graduated from Marquette University Law School in December of 2009. Since being admitted to the bar, Attorney Gauthier has worked exclusively in creditor/debtor law. Before joining Miller & Miller Law, Attorney Gauthier was the Managing Attorney at The Fields Group LLC, Law Firm, a bankruptcy firm that is based in Milwaukee, WI. Attorney Gauthier practices in both the Eastern and Western Districts of Wisconsin. He has attended many CLEs in the areas of bankruptcy and consumer law

## Attorney Alyssa L. Gemein

Attorney Alyssa Lauren Gemein is an Associate Attorney at Miller and Miller handling both Chapter 7 and Chapter 13 bankruptcies along with other consumer law cases. She graduated from Marquette University Law School in May of 2017. Attorney Gemein is admitted to practice in the State of Wisconsin, along with the Eastern and Western Districts of Wisconsin. Since being admitted to the bar, Attorney Gemein has worked exclusively in creditor/debtor law.

## Attorney Krysta L. Kerr

Attorney Krysta L. Kerr is the managing attorney of the Chapter 13 Department at Miller and Miller. She is a graduate of Drake University Law School that was admitted to practice in the State of Wisconsin in September 2012. Since her admission she has worked exclusively in the bankruptcy field serving both debtors and creditors as counsel in several districts throughout the United States. She regularly attends CLEs that focus on the bankruptcy field and recently presented at the Annual Bankruptcy Update in Kohler, Wisconsin on the future options available to Debtors after the expiration of HAMP.

## Attorney Greg Kruse

Attorney Greg Kruse is an Associate Attorney at Miller and Miller handling both Chapter 7 and Chapter 13 bankruptcies along with other consumer law cases. He graduated from Marquette University Law School in May of 2013. Since being admitted to the bar, Attorney Kruse has worked exclusively in creditor/debtor law. Before joining Miller & Miller Law, Attorney Kruse was the Managing Attorney at Lake View Law Offices, S.C. a small boutique bankruptcy firm that was based in Sheboygan, WI. Attorney Kruse practices in both the Eastern and Western Districts of Wisconsin. He has attended many CLEs in the areas of bankruptcy and consumer law.

## Attorney Joe Lococo

Attorney Joe Lococo was employed at Miller and Miller from March 21, 2013 through June 10, 2016. Following his graduation from Marquette University Law School, Attorney Lococo focused his practice solely on bankruptcy and consumer rights law. During his time at Miller & Miller, Attorney Lococo served as one of the firm's associate attorneys, and attended numerous bankruptcy focused CLE events.

## Attorney James L. Miller

Attorney James Miller is a lawyer and owner of Miller & Miller Law LLC. Attorney Miller focuses his practice in both Chapter 7 and Chapter 13 bankruptcies along with other consumer law cases. He has been practicing Bankruptcy Law throughout the State of Wisconsin since 1992. He is a graduate from the University of Miami School of Law. Since being admitted to the bar, Attorney Miller has worked exclusively in creditor/debtor law. Attorney Miller practices in both the Eastern and Western Districts of Wisconsin. He has attended many CLEs in the areas of bankruptcy and consumer law and also been asked to speak at several CLE seminars over the years.

## Attorney Angela Soltis

Attorney Angela M. Soltis is an attorney in the Chapter 13 Department at Miller and Miller. She is a graduate of Hamline University School of Law and was admitted to practice in the State of Wisconsin in April 2007. Since her admission she has worked exclusively in the bankruptcy field serving debtors as counsel exclusively in the Eastern and Western Districts of Wisconsin. She regularly attends CLEs that focus on the bankruptcy field.

## Attorney Deborah Stencel

Attorney Deborah A. Stencel is an Associate Attorney at Miller and Miller Law, LLC., handling both Chapter 7 and Chapter 13 bankruptcies as well as other consumer law cases. She graduated from the University of North Carolina School of Law in May of 2001 and admitted to the Indiana bar in November 2001.

Attorney Stencel has practiced bankruptcy law nearly exclusively since January 2003, having started her practice in Northern Indiana. (This bar admission is now "inactive, in good standing") After admission to Wisconsin in May 2011, Attorney Stencel began practicing in Wisconsin, first as solo practitioner and with Miller & Miller Law, LLC, after May 2015.

Attorney Stencel estimates she has filed several thousand successful chapter 7 and chapter 13 bankruptcies since 2003

## Stacey Martinez, Paralegal

Stacey Martinez has been a paralegal with Miller and Miller Law, LLC for over 8 years specializing in Chapter 13 bankruptcy work. Stacey graduated from Milwaukee Area Technical College with a Paralegal Degree in May, 2013. Her primary job duties include reviewing cases and resolving hearings with Trustees and opposing counsel, drafting and filing of adversaries, motions, objections, calculating feasibilities and claims reviews on cases under the direction of the staff Attorneys at Miller and Miller. Throughout her time with Miller & Miller, Stacey has attended training sessions held by the Chapter 13 Trustee and Lou Jones Meetings to keep up with changes in Chapter 13 practices in the Eastern District of Wisconsin.

## Adam Port, Legal Assistant

Adam Port is a legal assistant with the Chapter 13 Department but also assists with Chapter 7 duties as well. He graduated with a 2 year degree in ethnic studies from University of Wisconsin - Washington County and went on to graduate with a 4 year degree in education and history from University of Wisconsin – Milwaukee. He worked at Strouse Law Offices from 2011 to 2013 and has been employed by Miller and Miller from 2013 to present.

## Gerda Strydom, Legal Assistant

Gerda was employed at Miller & Miller from October 7th, 2013 through July 27, 2017. During her time with our firm she worked in our accounts receivable department processing client payments, assisting clients with setting up their payment plans and following up on delinquent accounts. In December 2016, she transitioned into the role of a legal assistant and oversaw drafting petitions and assisting clients in the collection of documents vital to the bankruptcy process. Gerda regularly took part in monthly staff training sessions which covered a wide variety of topics related to bankruptcy.

## Nicole Thompson, Legal Assistant

Nicole Thompson has been with Miller & Miller Law for 3 years. Prior to working for Miller & Miller, she worked at Strouse Law Office for 2 ½ years preparing petitions for both Chapter 7 and 13 cases as well as other documents pertaining to bankruptcy. Nicole's work with Miller and Miller has been drafting the majority of the firm's bankruptcy petitions until her recent promotion to the Chapter 13 Department in December, 2016. Now her responsibilities include: drafting objections, proofs of claim, stipulations and orders and resolution letters to clients. Nicole also does the majority of the e-filing the various pleadings in Chapter 13 cases.

## Silvina Vainstein, Bi-lingual Legal Assistant

Silvina was employed with Miller and Miller from October 17, 2016 through May 31, 2017 as a bilingual legal assistant. During her time with Miller and Miller she assisted Chapter 13 clients with gathering documents for trustee and court request, Silvina also assisted with the preparation of petitions for filing. In addition to monthly bankruptcy training conducted within or office, Silvina had over 16 years of experience in Criminal Justice, Bilingual Human Resources and Customer Service.

## Wendy Yanow, Office Manager

Wendy Yanow has been employed with Miller & Miller for over 9 years and in addition to being the Office Manager, Wendy prepares both Chapter 13 and 7 petitions as well as review Means tests, amend petitions to add creditors, attorney fees etc, meet with clients to review paperwork in person and over the phone, prepare affidavits, fax notice of bankruptcy filings to creditors and attorneys, sends docs to trustees, train paralegals and legal assistants to prepare petitions.  Throughout her time with Miller & Miller, Wendy has attended training sessions for legal support staff held by the Chapter 13 Trustee as well as continuing education classes to ensure that the Miller & Miller office staff continue to be adequately trained and aware of changes in the law that effect our clients.

## Kristina Ehnert

Kristina Ehnert is the Vice President of Operations and Marketing at Miller & Miller. She is a graduate of Buffalo State College with a degree in Computer Information Systems. Since joining Miller & Miller in 2016, Kristina has worked with clients to ease their minds during the bankruptcy process. Kristina assists clients with financial matters and questions they may have about the bankruptcy process, as well as collecting and reviewing documents, while also overseeing the Miller & Miller staff.