1/29/18
case No.
17-24291

To Judge Halfenger:

I object to Attorney Greg Kruse application for attorneys fees and costs of $1,518.50. I had already paid him over $1,000.00 and he willingly releaved himself from the case. I need that money to pay another attorney and refile.

Lisa Altman

FILED 2018 JAN 29 PM 12:05 US BANKRUPTCY COURT EASTERN DISTRICT OF WI